# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00048 |
| Jay Kenyon | ) Assigned To : Harvey, G. Michael |
| DOB: 5/21/1977 | ) Assign. Date : 2/28/2023 |
| | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. §§ 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Mary Echols, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/28/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.02.28 11:21:54 -05'00'

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*